STATE v. CROUCH

No. 235 PC.

Case below: 41 N.C. App. 612.

Petition by defendant for certiorari to North Carolina Court of Appeals allowed 3 August 1979 and the cause is remanded to the Court of Appeals for consideration of the case on its merits.

STATE v. LONG

No. 191 PC.

Case below: 41 N.C. App. 405.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 July 1979.

STATE v. WARD

No. 250 PC.

Case below: 41 N.C. App. 768.

Petition by defendants for discretionary review under G.S. 7A-31 denied 2 August 1979.

STATE v. WILLIAMS

No. 203 PC.

Case below: 41 N.C. App. 287.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 July 1979.